UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re FERNANDO ROY GUANILL,       No. C 12-3185 PJH (PR)

      Plaintiff.                    **ORDER EXTENDING TIME**
_____/

      This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      Plaintiff has responded that the prison is slow to provide IFP materials and that he should not be expected to do so within thirty days. Treating the letter as an implied request for an extension of time, the request (document number 4 on the docket) is **GRANTED** and the time for plaintiff to provide IFP materials and a complaint is **EXTENDED** to August 24, 2012.

**IT IS SO ORDERED.**

Dated: August 3, 2011.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\CR.12\Guanill3185.ext ifp.wpd