1

2

3              UNITED STATES DISTRICT COURT

4            NORTHERN DISTRICT OF CALIFORNIA

5                    OAKLAND DIVISION

6

7   In re FERNANDO ROY GUANILL,              No. C 12-3185 PJH (PR)

8            Plaintiff.                      **ORDER OF DISMISSAL**
                                    /
9

10         This case was opened when plaintiff wrote a letter to the court regarding medical

11   care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that

12   he had not filed a complaint and was given thirty days to do so.  He also was sent a notice

13   that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP");

14   again, he was allowed thirty days to either pay the fee or file the application.

15         When plaintiff responded that the prison is slow to provide IFP materials and that he

16   should not be expected to do so within thirty days, the court extended the deadlines for

17   filing a complaint and IFP materials to August 24, 2012.  The extended deadline has

18   passed and plaintiff has filed neither a complaint nor an IFP application.  The case

19   therefore is **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

20         **IT IS SO ORDERED.**

21   Dated:  September 10, 2012.

                                            PHYLLIS J. HAMILTON
22                                          United States District Judge

23

24

25

26

27

28

G:\PRO-SE\PJH\CR.12\Guanill3185.dsm.wpd

United States District Court
For the Northern District of California